FILED  January 5, 2012
(Date)

NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:11MJ21 |
| BOBBY JOE ROGERS | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 1, 2012_____ in the county of _____Escambia_____ in the _____Northern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 844 (i) | Did unlawfully and maliciously damage or destroy or attempt to damage or destroy by means of fire or an explosive, any building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce. |

This criminal complaint is based on these facts:

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosive and that this complaint is based up on the facts provided in the attached affidavit. See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent George Bruno
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-5-12

_____
Judge's signature

City and state: Pensacola, Florida

Elizabeth M. Timothy, United States Magistrate
*Printed name and title*