UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

**AFFIDAVIT**

Your affiant, being duly sworn, deposes and states the following:

1. Your affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Pensacola, Florida Field Office and has served in that capacity since May 2000. Your affiant is a graduate of the Federal Law Enforcement Training Center and the ATF National Academy.

2. This affidavit is being presented in support of a criminal complaint against Bobby Joe Rogers for a violation of Title 18, United States Code, Section 844(i), which provides that it is unlawful for any person to maliciously damage or destroy or attempt to damage or destroy by means of fire or an explosive, any building or other real or personal properly used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce.

3. The following facts are either personally known or have been told to your affiant by other law enforcement officers and witnesses, or are based upon the affiant's review of evidence seized:

4. During the early morning on or about January 1, 2012, an intentionally set fire damaged the American Family Planning Clinic located at 6770 N. Ninth Avenue in Pensacola, Florida. American Family Planning is the registered fictitious name used by Integrity Medical Care, LLC, which company is managed by Chesapeake Freestate Holdings, Inc., 120 Fairview Avenue, Voorhees, New Jersey. American Family Planning Clinic is a facility that provides reproductive health services to females. Warren Taylor, M.D., a physician from Philadelphia, Pennsylvania, travels from Pennsylvania to Pensacola, Florida, approximately once a week to provide services to patients at the American Family Planning Clinic. Patients travel from outside the state of Florida to receive services provided at the clinic.

1

5.      During the investigation, Bobby Joe Rogers was subsequently identified as a person of interest in the arson. Rogers was located and voluntarily transported to the Pensacola Police Department for questioning. Rogers was read his Miranda rights and acknowledged his understanding of his rights and agreed to answer questions.

6. Rogers made the following statements pertaining to the fire that damaged the American Family Planning clinic: Rogers admitted to intentionally setting fire to the clinic due to his strong disbelief in abortion, which he stated was further fueled when he recently witnessed a young female entering the clinic while he was sitting amongst anti-abortion protesters located just outside the clinic property. Rogers described how he fabricated an incendiary device using a large, thirty two ounce size beer bottle, filled it with gasoline and added a wick made from an old shirt. Rogers stated he entered the property of the clinic with the incendiary device sometime between 11:00 PM New Year's eve night and 1:00 AM New Year's day. Rogers described how he stood behind a large tree located on the back side of the building, lit the wick and threw the device against the side of the building. Rogers stated that the device hit the lower portion of the wall and burst into flames when the bottle broke on impact. Rogers said he left the scene and went across the street to the abandoned car wash where he usually spends his time. Rogers described how he stayed at the car wash just long enough to make sure the fire was going and recalled hearing a lot of crackling and popping as the fire progressed. Rogers said he then left the area and went down to his shed located behind the old Sonny's Real Pit Bar-B-Q restaurant which is where he sleeps every night.

7.      The National Crime Information Center (NCIC) reports Bobby Rogers' criminal history consists of arrests in the states of Alabama, Georgia, Mississippi, Tennessee, Kentucky, Indiana, Iowa, Florida and Missouri, with felony convictions in Alabama, Missouri and Tennessee for burglary, and in Mississippi for grand larceny. The final dispositions for additional felony arrests are not clearly defined in NCIC.

8.      Based on the foregoing, your affiant respectfully submits that there is probable cause to believe Bobby Rogers maliciously damaged or destroyed the property

2

of the American Family Planning Clinic, by means of fire or an explosive device, in violation of Title 18, United States Code, Section 844(i).

George P. Bruno
Special Agent, ATF

SWORN TO and SUBSCRIBED before me this 5th day of January 2012 at Pensacola, Florida.

Elizabeth M. Timothy
U.S. Magistrate Judge