IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      Case No.  3:12mj21/EMT

BOBBY JOE ROGERS,

        Defendant.
_____/

## MOTION FOR PSYCHIATRIC EXAMINATION TO DETERMINE MENTAL COMPETENCY AND SANITY AT TIME OF ALLEGED OFFENSE

COMES NOW the defendant, BOBBY JOE ROGERS ("Rogers"), by and through his undersigned attorney, and, pursuant to 18 U.S.C. §4241 and Fed.R.Crim.P. 12.2, moves the Court to order that he undergo a psychiatric/psychological examination at the Federal Bureau of Prisons (BOP) for the purpose of determining his mental competency to stand trial and his sanity at the time of the alleged offense.  In support of this motion, Rogers states:

      1. On January 5, 2012, a complaint was filed charging Rogers with one count of maliciously damaging or destroying by fire or explosive property used in or affecting interstate commerce, in violation of 18 U.S.C. § 844(i).  He made his initial appearance on the same date and the Office of the Federal Public Defender was appointed to represent him.  The government moved to detain him and he reserved his right to have a detention hearing.  He is presently in custody at the Escambia County Jail.

2. From speaking with Rogers and with law enforcement agents who interviewed him, undersigned counsel has reason to believe the following: that Rogers has a long history of mental health problems and treatment for those problems; he has been treated inpatient at a number of different mental health facilities with the longest stay being approximately five (5) years in the early 2000s; he has been found incompetent or insane in previous court cases; he has been diagnosed with paranoid schizophrenia and post-traumatic stress disorder; he has had an accident that resulted in head trauma; and he is starting to hear voices while at the jail.

3. Pursuant to 18 U.S.C. §4241(a), a court "shall" order a psychiatric or psychological examination of a defendant for the purpose of determining the defendant's mental competency "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Based on the information stated in the previous paragraph, undersigned counsel believes that there is clearly "reasonable cause to believe" that Rogers may be mentally incompetent. Accordingly, counsel is filing this motion. He is requesting that the competency examination be conducted by the BOP because it would be more thorough than a local examination, i.e., the examiners would have more contact with the defendant.

4. If the court grants this request for a BOP competency evaluation, undersigned counsel requests that it also order the BOP to evaluate Rogers for sanity at the time of the alleged offense and to provide its report on this issue <u>only</u> to defense counsel. Defense counsel needs this evaluation in order to determine whether an insanity defense should be pursued. If the report supports an insanity defense, defense counsel would then file a notice of insanity defense pursuant to Fed.R.Crim.P.

12.2(a). The government would <u>then</u> receive a copy of the report on insanity and be able to request a further examination if it believed it necessary. See Fed.R.Crim.P. 12.2(c). The government should not receive a copy of the report if a notice of insanity defense is <u>not</u> filed.

     5. Undersigned counsel has conferred with Assistant U.S. Attorney Ed Knight and he does not oppose this motion.

     WHEREFORE, Rogers moves that the Court order the BOP to conduct a psychiatric or psychological examination of him to determine his mental competency to stand trial and sanity at the time of the alleged offense.

     RESPECTFULLY SUBMITTED this 11th day of January, 2012.

                                                           */s/ Thomas S. Keith*
                                                          THOMAS S. KEITH
                                                          Florida Bar No.
                                                          Attorney for Defendant
                                                          3 W. Garden Street, Suite 200
                                                          Pensacola, FL  32502
                                                          (850) 432-1418

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing has been furnished to EDWIN KNIGHT, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 11th day of January 2012.

                */s/ Thomas S. Keith*
                THOMAS S. KEITH
                Florida Bar No.
                Attorney for Defendant
                3 W. Garden Street, Suite 200
                Pensacola, FL  32502
                (850) 432-1418