IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

BOBBY JOE ROGERS

INDICTMENT

3:12cr18/MCR

THE GRAND JURY CHARGES:

### COUNT ONE

On or about January 1, 2012, in the Northern District of Florida, the defendant,

**BOBBY JOE ROGERS,**

did maliciously damage and attempt to damage and destroy, by means of fire, a building or personal property located at 6770 North Ninth Avenue, Pensacola, Florida, which was then being used in interstate commerce and in an activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

### COUNT TWO

On or about January 1, 2012, in the Northern District of Florida, the defendant,

**BOBBY JOE ROGERS,**

did intentionally damage and destroy, and attempt to damage and destroy, the property of a facility, namely, the American Family Planning Clinic, because such facility provides reproductive health services.

Returned in open court pursuant to Rule

Date 2/22/2012

United States Magistrate Judge

In violation of Title 18, United States Code, Sections 248(a)(3) and 248(b)(1).

A TRUE BILL:

FOREPERSON

2-22-2012
DATE

PAMELA C. MARSH
United States Attorney

EDWIN KNIGHT
Assistant United States Attorney

2