IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 3:12CR18/MCR

BOBBY JOE ROGERS
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

On or about January 1, 2012, the defendant set fire to the building at 6770 North Ninth Avenue in Pensacola, Florida. The fire set by the defendant destroyed the building and personal property at that address by causing extensive fire damage. The business operating at that address at that time was the American Family Planning Clinic, a facility that provided reproductive health services including services relating to the termination of pregnancies. These services were provided to patients including some that traveled to the clinic from states outside of Florida in order to receive reproductive health services at the clinic.

The defendant set fire to the building housing the American Family Planning Clinic and intentionally damaged and destroyed the American Family Planning Clinic's property because the clinic provided reproductive health services relating to the termination of pregnancies.

Law enforcement identified the defendant as a suspect and brought him to the Pensacola Police Station where, after waiving his constitutional rights, he gave a statement to law

FILED IN OPEN COURT THIS
7-19-2012
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

enforcement officers in which he admitted that he, and he alone, had used gasoline to set fire to the clinic. The defendant also admitted that he set fire to the clinic because the clinic provided reproductive health services relating to the termination of pregnancies.

## ELEMENTS OF THE OFFENSES

**With respect to Count One-**The Defendant can be found guilty of this crime only if all the following facts are proven beyond a reasonable doubt:

*First*: the Defendant damaged or destroyed or attempted to damage or destroy the building described in the indictment by means of a fire or explosive;

*Second:* the Defendant acted intentionally or with deliberate disregard of the likelihood that damage or injury would result from his acts; and

*Third:* the building that the Defendant damaged or destroyed or attempted to damage or destroy was used in interstate or foreign commerce or in activity affecting foreign or interstate commerce.

"Interstate or foreign commerce" is trade and other business activity between people and entities located in different states or between people and entities located in the United States and outside of the United States. The Government must prove that the property was actually used for a function that involved or affected interstate or foreign commerce.

**With respect to Count Two-** The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

*First:* the Defendant intentionally [damaged] [destroyed] the facility described in the indictment; and

*Second:* the Defendant did so knowingly and because the facility was being used to provide reproductive-health services;

A "facility" is a hospital, clinic, physician's office, or other facility that provides reproductive-health services. It includes the building or structure in which the facility is located.

"Reproductive-health services" are medical, surgical, counseling, or referral services relating to the human reproductive system—including services relating to pregnancy or the termination of a pregnancy—provided in a hospital, clinic, physician's office, or other facility.

*[signature]*
Tom Keith
Attorney for Defendant

7/17/12
Date

*[signature]*
Bobby Joe Rogers
Defendant

7/17/12
Date

PAMELA C. MARSH
United States Attorney

*[signature]*
Edwin Knight
Florida Bar No. 0380156
Assistant United States Attorney
Northern District of Florida
21 East Garden Street, Ste. 400
Pensacola, Florida 32502
(850) 444-4000

7-19-12
Date

3