FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  
3:12cr18-001/MCR - BOBBY JOE ROGERS

Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 months. This term consists of 120 months as to Count One and 12 months as to Count Two, with said terms to run concurrently, one with the other.**

The court recommends the Bureau of Prisons [BOP] review the defendant's Psychiatric Evaluation, dated January 12, 2012, and reevaluate the defendant for an appropriate placement at a designated facility which will address the defendant's need for substance abuse treatment as well as mental health issues.

The court identifies the defendant as a person in need of a focused, intensive substance abuse treatment program, both during incarceration and on reentry through a residential reentry center.

The court recommends defendant's placement into the BOP's Residential Drug Abuse Program. Additionally, while awaiting placement into RDAP, or, if deemed ineligible for RDAP due to the time of sentence, or for any other reason, the court orders the defendant to complete Drug Education Classes and fully participate in the BOP's nonresidential drug abuse treatment program.

The defendant shall complete GED classes to the extent the Bureau of Prisons finds the defendant competent to participate in such classes.

The defendant is remanded to the custody of the United States Marshal.

### RETURN

I have executed this judgment as follows: fully

Defendant delivered on 4/25/13 to FCC BMW

at Beaumont, TX. , with a certified copy of this judgment.

John B Fox, Warden  
UNITED STATES MARSHAL

By: D. Strong  
Deputy U.S. Marshal

Filed 05/07/13 USDC FLN 3 AM 09:54