# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:12-cr-00018-MCR

BOBBY JOE ROGERS

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BOBBY JOE ROGERS**
_____
Name

and bring him forthwith to the nearest magistrate to answer a

**Violation Petition Notice**

charging him or her with:

Violations of Conditions of Supervised Release

in violation of Title 18 United States Code, Section 3583

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Barbara Rogers | September 20, 2021  PENSACOLA |
| Deputy Clerk: Barbara Rogers | Date                Location |
| Bail fixed at  $ Bail Reform Act | |
| And/or in accordance with Comprehensive Crime Control Act of 1984 | by  M. Casey Rodgers |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Memphis, TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-21-21 | J. Mellit DUSM for Memphis USM | /s/ |
| DATE OF ARREST | | |
| 9-24-21 | | |

AO 442 (Rev. 10/16) Warrant for Arrest

FILED USDC FLND PN
SEP 30 '21 AM10:32