# U.S. District Court
# Western District of Tennessee (Memphis)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00086-cgc-1
# Internal Use Only

Case title: United States of America v. Rogers
Other court case number: 3:12-cr-018-MCR Northern District of Florida

Date Filed: 09/27/2021

Assigned to: Magistrate Judge Charmiane G. Claxton

### Defendant (1)
**Bobby Joe Rogers**                    represented by **FPD**
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103
901-544-3895
Fax: 901-544-4355
Email: TNW.FPD@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY_____
DEPUTY CLERK

### Complaints
None

### Disposition

### Plaintiff
**United States of America**          represented by **Gregory David Allen**
DOJ-USAO

FILED USDC FLND PN OCT 4 '21 PM 3:20

167 N. Main Street
Ste 800
Memphis, TN 38103
901-544-4231
Email: Gregory.Allen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

[Email Attorneys, Primary Addresses]
[Email Attorneys, Primary and Secondary Addresses]

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2021 | 1 | Out of District Arrest Warrant Returned Executed on 9/27/2021 as to Bobby Joe Rogers. Defendant in custody on a warrant out of the Northern District of Florida. (cas) (Entered: 09/27/2021) |
| 09/27/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton: Initial Appearance in Rule 5 Proceedings as to Bobby Joe Rogers held on 9/27/2021. Defendant appeared in custody via video on a warrant out of the Northern District of Florida. The Court read the charges to the defendant and advised him of his rights. Defendants request for Court appointed counsel granted. FPD Appointed. Defendant waives his rights to a Identity Hearing and requests the Probable Cause/Detention Hearing be held in the ND/FL. Order of Temporary Detention entered. Order of Removal entered. Commitment to Another District entered. Defendant remanded to the custody of the USM. (AUSA: G. Allen. Defense Counsel: P. Oh for FPD.) (Tape #Teams) (cas) (Entered: 09/27/2021) |
| 09/27/2021 | 3 | Out of District Arrest Warrant Returned Executed on 9/27/2021 as to Bobby Joe Rogers. (cas) (Entered: 09/28/2021) |
| 09/27/2021 | 4 | ORDER RE: CRIMINAL RULE 5(f) as to Bobby Joe Rogers. Pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Charmiane G. Claxton on 9/27/2021. (Claxton, Charmiane) (Entered: 09/28/2021) |
| 09/27/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Bobby Joe Rogers. Signed by Magistrate Judge Charmiane G. Claxton on 9/27/2021. (Claxton, Charmiane ) (Entered: 09/28/2021) |
| 09/27/2021 | 6 | ORDER OF TEMPORARY DETENTION as to Bobby Joe Rogers. Signed by Magistrate Judge Charmiane G. Claxton on 9/27/2021. (Claxton, Charmiane) (Entered: 09/28/2021) |
| 09/27/2021 | 7 | ORDER OF REMOVAL as to Bobby Joe Rogers. Signed by Magistrate Judge Charmiane G. Claxton on 9/27/2021. (Claxton, Charmiane) (Entered: 09/28/2021) |
| 09/27/2021 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Bobby Joe Rogers. Defendant committed to Northern District of Florida. Signed by Magistrate Judge Charmiane G. Claxton on 9/27/2021. (Claxton, Charmiane) (Entered: 09/28/2021) |
| 09/28/2021 | 9 | NOTICE: Case as to Bobby Joe Rogers transferred to the ND/FL via certified mail #7007-0710-0005-5945-3458. (cas) (Entered: 09/28/2021) |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TNWD CASE NUMBER:
2:21mj086-1 cgc

UNITED STATES OF AMERICA

v.  Case No. 3:12-cr-00018-MCR

BOBBY JOE ROGERS

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **BOBBY JOE ROGERS**
Name

and bring him forthwith to the nearest magistrate to answer a

**Violation Petition Notice**

charging him or her with:

Violations of Conditions of Supervised Release

in violation of Title   18   United States Code, Section   3583

| | |
|---|---|
| Jessica J. Lyublano vt s | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Barbara Rogers  ~~Deputy Clerk: Barbara Rogers~~ | September 20, 2021   PENSACOLA |
| | Date                   Location |

Bail fixed at   $ Bail Reform Act
And/or in accordance with Comprehensive
Crime Control Act of 1984

by   M. Casey Rodgers
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 10/16) Warrant for Arrest

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

Case 3:12-cr-00018-MCR   Document 37 *SEALED*   Filed 09/20/21   Page 1 of 2

NDFL PROB 12C
12/04

# United States District Court
## for the
## Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Bobby Joe Rogers                                    Case Number:   3:12CR18-001

Name of Sentencing Judicial Officer:   Honorable M. Casey Rodgers, U.S. District Judge

Date of Original Sentence:   October 4, 2012

Original Offense:   <u>Count 1:</u> Maliciously Damaging or Destroying, or Attempting to Damage or Destroy by Means of Fire, a Building Used in Interstate Commerce, in violation of 18 U.S.C. § 844(i);

<u>Count 2:</u> Blocking Freedom of Access to a Facility Providing Reproductive Health Services, by Intentionally Damaging or Destroying the Property of the Facility, in violation of 18 U.S.C. §§ 248(a)(3) and (b)(1)

Original Sentence:   120 months imprisonment followed by 3 years of supervised release

Type of Supervision:   Supervised Release       Date Supervision Commenced:   July 15, 2021

Asst. U.S. Attorney:   Edwin Knight             Defense Attorney:   Thomas Keith (AFPD)

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **Violation of Mandatory and Standard Conditions:** You must refrain from unlawful use of a controlled substance. The offender tested positive as outlined in the table below.

   | Test Dates | Confirmation Dates | Controlled Substances |
   |---|---|---|
   | July 16, 2021 | July 16, 2021 | Marijuana (Admitted) |
   | *This violation was previously reported to the court and held in abeyance on July 21, 2021.* | | |

2. **Violation of Standard Conditions:** You shall not leave the judicial district without the permission of the court or probation officer. On September 5, 2021, this officer called and spoke with the offender, who advised he was on his way to Germantown, Tennessee. At that time, the offender was told he did not have permission to leave the district, and he was instructed to return to Pensacola, Florida, immediately; however, he has failed to follow instructions, and his whereabouts is unknown.

FILED USDC FLND PN
SEP 20 '21 PM7:19
BR

Re:   Bobby Joe Rogers
      Petition for Warrant or Summons for Offender Under Supervision
      Page 2

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [ X ] Revoked
    [   ] Extended

[   ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 14, 2021

*Donna M. Garrison* (signature)

Donna M. Garrison
Senior U.S. Probation Officer

---

THE COURT ORDERS

[   ] No Action
[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons
[   ] Other

*M. Casey Rodgers* (signature)
Signature of Judicial Officer

9.20.2021
Date

Warrant/Summons Issued:   9/20/2021
Date

*Barbara Rogers* (signature)
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case No. 3:12-cr-00018-MCR

BOBBY JOE ROGERS

### WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **BOBBY JOE ROGERS**
                                                                              Name

and bring him forthwith to the nearest magistrate to answer a

### Violation Petition Notice

charging him or her with:

Violations of Conditions of Supervised Release

in violation of Title   18   United States Code, Section   3583

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Barbara Rogers | September 20, 2021   PENSACOLA |
| Deputy Clerk: Barbara Rogers | Date                    Location |
| Bail fixed at   $ Bail Reform Act | |
| And/or in accordance with Comprehensive Crime Control Act of 1984 | by   M. Casey Rodgers |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/24/2021 | Kyle [signature] | [signature] |

AO 442 (Rev. 10/16) Warrant for Arrest

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-  Case No. 2:21-mj-086-1 cgc

**BOBBY JOE ROGERS**

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- Rule 5 Proceedings in this District

**DONE** and **ORDERED** in 167 North Main, Memphis, this 27th day of September, 2021.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                        Case No. 2:21-mj-086-1 cgc

**BOBBY JOE ROGERS**

---

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that a detention hearing is set upon the Defendant's arrival in the Northern District of Florida. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   September 27, 2021

                                                s/ Charmiane G. Claxton
                                                CHARMIANE G. CLAXTON
                                                UNITED STATES MAGISTRATE JUDGE

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
       DEPUTY CLERK

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

2:21-mj-00086-1 cgc

-vs-

BOBBY JOE ROGERS

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

BOBBY JOE ROGERS having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Indictment from **NORTHERN DISTRICT OF FLORIDA** was held on **Monday, September 27, 2021.**

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **BOBBY JOE ROGERS** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination or detention hearing has been held because the defendant elects to have the preliminary examination and detention hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **BOBBY JOE ROGERS** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this 27th day of September 2021.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| -vs - | TO ANOTHER DISTRICT |
| BOBBY JOE ROGERS | CASE NO. 2:21MJ086-1 CGC |

| CHARGES ||||
|---|---|---|---|
| **Charging Document** | **Statute** | **Charging District** ||
| Supervised Release Violation Petition | | Northern District of Florida ||
| | | 2:12-cr-018-MCR ||
| **Description:** Supervised Release Violation |||||

| PROCEEDINGS ||
|---|---|
| **BOND STATUS:** | Government moved for detention and defendant detained pending detention hearing in District of Offense. |
| **COUNSEL:** | Federal Public Defender |
| **INTERPRETER:** | No Interpreter Necessary. |

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **BOBBY JOE ROGERS** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 27, 2021

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**CLIFFORD DAVIS/ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

THOMAS M. GOULD,  WENDY OLIVER
CLERK OF COURT  CHIEF DEPUTY, MEMPHIS

September 28, 2021

Clerk, U. S. District Court
NORTHERN DISTRICT OF FLORIDA

RE: United States of America v. Bobby Joe Rogers
Your Case # 3:12-cr-018-MCR
Our Case # **2:21-mj-0086-cgc-1**

Dear Clerk:

Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the Northern District of Florida and appeared before United States Magistrate Judge Charmiane G. Claxton September 27, 2021.

[X] The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ ] The defendant has been released on an _____ and ordered to appear in your district on the following date: _____.

All documents completed in this district may be accessed via PACER and at our website at:
https://ecf.tnwd.uscourts.gov.

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY_____
DEPUTY CLERK

Thank you,

THOMAS M. GOULD, CLERK

BY: s/ Chris Sowell
Chris Sowell, Case Manager
(901) 495-1218

FILED USDC FLND PN
OCT 4 '21 PM 3:21